1  **JENNIFER BERGH**
   Nevada Bar No. 14480
2  **QUILLING SELANDER LOWNDS**
   **WINSLETT & MOSER, P.C.**
3  2001 Bryan Street, Suite 1800
   Dallas, Texas 75201
4  (214) 560-5460
5  (214) 871-2111 Fax
   jbergh@qslwm.com
6  *Counsel for Trans Union LLC*

7  **Designated Attorney for Personal Service**
   Trevor Waite, Esq.
8  Nevada Bar No.: 13779
9  6605 Grand Montecito Parkway, Suite 200
   Las Vegas, Nevada 89149

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WALDO BARNETT, | Case No. 2:20-cv-00022-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |
| EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, | |
| Defendants. | |

Plaintiff Waldo Barnett, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Waldo Barnett and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

1

Dated this 14th day of April 2021.

| | |
|---|---|
| /s/ Jennifer Bergh | /s/ Mitchell D. Gliner |
| Jennifer Bergh | Mitchell D. Gliner |
| Nevada Bar No. 14480 | mgliner@glinerlaw.com |
| Quilling Selander Lownds | 3017 W Charleston Blvd., Suite 95 |
| Winslett & Moser, P.C. | Las Vegas, NV 89102-1928 |
| 2001 Bryan Street, Suite 1800 | (702) 870-8700 |
| Dallas, Texas 75201 | (702) 870-0034 Fax |
| (214) 560-5460 | **Counsel for Plaintiff** |
| (214) 871-2111 Fax | |
| jbergh@qslwm.com | |
| **Counsel for Trans Union LLC** | |

IT IS SO ORDERED   April 16, 2021.

_____
**HONORABLE JAMES C. MAHAN**
UNITED STATE DISTRICT JUDGE

3624293.1

2